[No. 20135.    Department Two.    March 3, 1927.]

WALTER J. NICHOLS & COMPANY, *Respondent*, v. WATSON-MOORE
COMPANY, *Appellants*.[1]

Appeal from a judgment of the superior court for King county,
Mills, J., entered April 19, 1926, upon findings in favor of the plain-
tiff, in an action on contract, tried to the court. Reversed with
directions to dismiss.

*Roberts & Skeel* and *Glen E. Wilson*, for appellants.
*Chadwick, McMicken, Ramsey & Rupp*, for respondent.

PER CURIAM.—This court being satisfied that the contract between
these parties is evidenced by various letters and telegrams and that
it was the intention of the parties to provide that the respondent
should maintain a market at a fixed price before it could compel the
appellant to receive the shares of mining stock which is the subject-
matter of this controversy, and the testimony failing to show that

[1]Reported in 253 Pac. 1119.

the respondent had maintained that price; it is not entitled to recover judgment for the balance of the shares which the appellant refused to accept.

It is unnecessary to set out all the evidence which established the contract between the parties.

The judgment is reversed, and the action ordered dismissed.